**Diane CROMARTIE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 36836.**

Missouri Court of Appeals,
Western District.

Nov. 26, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Dec. 24, 1985.

Application to Transfer Denied Feb. 18, 1986.

David S. Durbin, Asst. Public Defender, Kansas City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before CLARK, C.J., and TURNAGE and KENNEDY, JJ.

ORDER

PER CURIAM.

Appeal from denial without evidentiary hearing of a Rule 27.26 motion.

Judgment affirmed. Rule 84.16(b).